**Order entered October 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01664-CR

**LEMUEL MOSLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F-1157352-I**

## ORDER

The Court **GRANTS** the State's motion to extend time to file its appellate brief. The

State's brief received on October 24, 2014 is **ORDERED** filed as of the date of this order.


/s/     DAVID EVANS
PRESIDING JUSTICE